**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Moshe Bar; Maty Bar; Roie Menashe Bar; and Rotem Rafael Bar,<br><br>   Plaintiffs,<br><br>vs.<br><br>Michael Mukasey, Attorney General of the United States, et al.,<br><br>   Defendants. | No. CV-07-2498-PHX-DGC<br><br>**ORDER** |

Plaintiffs commenced this action on December 7, 2007, by filing a complaint for a writ of mandamus, a declaratory judgment, and injunctive relief. Dkt. #1. Plaintiffs seek to compel administrative action on their applications for naturalization. *Id.*

On July 7, 2007, Defendants filed a motion to dismiss the complaint without prejudice on the ground that Plaintiffs' applications are in the process of being adjudicated by the United States Citizenship and Immigration Services. Dkt. #15; *see* Dkt. #15-2. Plaintiffs have not filed a response to the motion, and the time for doing so has expired. *See* LRCiv 7.2(c) (the opposing party has 10 days to file a response).

In light of Plaintiffs' non-opposition, and the fact that Defendants' motion appears to be well-taken (*see* Dkt. ##15, 15-2), the Court will grant the motion and dismiss this action without prejudice. *See* LRCiv 7.2(i) (failure to file a response to a motion may be deemed a consent to the granting of the motion).

1  **IT IS ORDERED:**

2  1.  Defendants' motion to dismiss (Dkt. #15) is **granted**.

3  2.  This action is **dismissed without prejudice**.

4  DATED this 4th day of August, 2008.

```
                    David G. Campbell
                    United States District Judge
```